# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3204
LT Case No. 2016-CF-034421

_____

PAUL JOHNSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Brevard County.
Robert Segal, Judge.

Paul Johnson, Coleman, pro se.

No Appearance for Appellee.

January 2, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____